**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) PATRICK WEBB, AND**<br>**(2) JOYCE WEBB,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**(1) UNITED SERVICES AUTOMOBILE ASSOCIATION,**<br>**(2) GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,**<br>**(3) JENKINS SERVICES, INC. d/b/a JENKINS RESTORATIONS, and**<br>**(4) CRAWFORD & COMPANY d/b/a CONTRACTOR CONNECTION,**<br><br>**Defendants.** | ) | **Case No. 26-cv-01979-PRW** |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND RESPONSE TO DEFENDANT CRAWFORD & COMPANY d/b/a CONTRACTOR CONNECTION'S MOTION TO DISMISS PLAINTIFFS' FOURTH THEORY OF RECOVERY AND BRIEF IN SUPPORT**

**COMES NOW** Plaintiffs, Patrick Webb and Joyce Webb, hereby move this Court to extend the deadline for the Plaintiffs' Response to Defendant Crawford & Company d/b/a Contractor Connection's Motion to Dismiss Plaintiffs' Fourth Theory of Recovery [Doc. 9] to September 21, 2026. In support of this Motion, Plaintiffs state as follows:

1. On August 20, 2026, Defendant Crawford & Company filed its Motion to Dismiss Plaintiffs' Fourth Theory of Recovery [Doc. 9]. Plaintiffs' response is currently due September 10, 2026.

2. Plaintiffs' counsel seeks extension of time to file the response to September 21, 2026 based on a number of factors. In the weeks since the filing by Defendant

Crawford & Company, Plaintiffs' counsel has been in preparation for and conducted a jury trial in Oklahoma County District Court. Said trial consumed significant personnel resources and Plaintiffs are in need of additional time, to adequately prepare a response to Defendant Crawford & Company's Motion.

3. Plaintiffs' counsel has spoken with Defendant's counsel, Amy Sherry Fischer, and she has no objection to this request. Defendant's counsel would request its reply to Plaintiffs' response also be extended to September 28, 2026 should the court grant this Motion.

4. Should the court grant this Motion, Plaintiffs' counsel would request and requests Defendant's Reply deadline be extended to September 28, 2026.

5. This Request is not sought for purposes of delay and the granting of this Motion will not affect any other deadlines in this case.

6. No previous request for extension of deadline has been made.

WHEREFORE, premises considered, the Plaintiffs respectfully request this Court extend the deadline for Plaintiffs to file their response to Defendant Crawford & Company's Motion to Dismiss Plaintiffs' Fourth Theory of Recovery to September 21, 2026. A proposed Order granting the requested relief is submitted herewith.

Respectfully submitted,

*/s/ Andrea R. Rust*

Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
Fulmer Sill PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone: (405) 510-0077
Fax: (800) 978-1345
Email: jrowe@fulmersill.com
arust@fulmersill.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2026, I electronically transmitted the attached document to the Clerk of Court using the EFC System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Jerrick L. Irby | jirby@hallestill.com |
| Christopher J. Gnaedig | cgnaedig@hallestill.com |
| Connor M. Andreen | candreen@hallestill.com |
| Hillary H. Clifton | hhclifton@phillipsmurrah.com |
| Amy Sherry Fischer | amyfischer@oklahomacounsel.com |
| Candace H. Shown | candaceshown@oklahomacounsel.com |

*/s/ Andrea R. Rust*