**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PATRICK WEBB, and<br>JOYCE WEBB,<br><br>Plaintiffs, | ) | |
| v. | ) | Case No. 5:26-cv-01979-PRW |
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,<br>JENKINS SERVICES, INC. d/b/a JENKINS RESTORATIONS, and<br>CRAWFORD & COMPANY d/b/a CONTRACTOR CONNECTION,<br><br>Defendants. | ) | |

**DEFENDANT JENKINS SERVICES, INC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Jenkins Services, Inc. d/b/a Jenkins Restorations ("Jenkins Restorations") hereby files this corporate disclosure statement. Jenkins Restorations is incorporated in the state of North Carolina, and its principal place of business is in Chantilly, Virginia. For purposes of diversity jurisdiction, Jenkins Restorations is a citizen of North Carolina and Virginia.

Jenkins Restorations is not publicly traded, has no parent company, and there is no public corporation that owns 10% or more of Jenkins Restorations' stock.

Respectfully submitted,

*/s/ Hilary H. Clifton*
Hilary H. Clifton, OBA No. 32805
Nick J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 NW 10TH Street, Suite 300
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
hhclifton@phillipsmurrah.com
njcandido@phillipsmurrah.com
***Attorneys for Defendant Jenkins Services, Inc.***